JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA GOMEZ, et al. | CV 19-4718 PA (GJSx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's March 27, 2020 Minute Order, which granted summary judgment in favor of defendants on plaintiffs' second claim alleging a Fourth Amendment unreasonable search claim, and fourth claim alleging a violation of substantive due process, both brought pursuant to 42 U.S.C. § 1983, the Court having granted plaintiffs' voluntary dismissal of plaintiffs' remaining federal claims, and the Court exercising its discretion to decline to exercise supplemental jurisdiction over plaintiffs' remaining state law claims, it is

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' second and fourth claims are dismissed with prejudice, and that the remaining claims are dismissed without prejudice.

DATED: May 7, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE